FILED

06/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0203

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DION CURTIS GRAY,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 14, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 8 2023